Misc. No. 14–8008/AR.   Timothy B. Hennis, Petitioner v. Siobahn Ledwith, Colonel, United States Army, Commandant, U.S. Disciplinary Barracks, the United States Army, and the United States, Respondents.   CCA 20100304.   On consideration of the petition for extraordinary relief in the nature of a writ of habeas corpus, it is

ordered that said petition is hereby denied without prejudice to Petitioner's right to raise the issue asserted during the course of normal appellate review.